# Luxury Dining Group LLC
## Organizational Structure as of March 19, 2019



*Luxury Dining Group LLC owns 100% of the preferred units in F&O Chicago LLC and Fig & Olive DC LLC

Proprietary & Confidential