UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

|  |  |
|---|---|
|  | Chapter 11 |
| F & O SCARSDALE LLC | Case Nos. 20-22808 |
| LUXURY DINING GROUP LLC | 20-22809 |
| FIG & OLIVE HOLDING LLC | 20-22810 |
| FIG & OLIVE USA INC. | 20-22811 |
| F&O LEXINGTON LLC | 20-22812 |
| FIG & OLIVE THIRTEEN STREET LLC | 20-22813 |
| FIG & OLIVE FIFTH AVENUE LLC | 20-22814 |
| F&O HOUSTON LLC | 20-22815 |
| F&O NEWPORT BEACH LLC | 20-22816 |
| F&O MELROSE PLACE INC. | 20-22817 |
| F&O LOS ANGELES INC., | 20-22818 |

                    Debtors.
------------------------------------------------------------------X

**ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THE CHAPTER 11 CASES FOR <u>PROCEDURAL PURPOSES ONLY</u>**

**UPON** the motion of the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), by their proposed attorneys, Davidoff Hutcher & Citron LLP for entry of an order directing the joint administration of the Debtors' Chapter 11 cases; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §157(b)(2); it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. § 1408 and 1409; and notice of this Motion and opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or

further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is granted in its entirety; and it further

**ORDERED**, that pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the above captioned Chapter 11 cases are consolidated, for procedural purposes only, and shall be jointly administered by the Court; and it is further

**ORDERED**, that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned Chapter 11 cases; and it is further

**ORDERED**, that the caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
In re:

F&O SCARSDALE LLC ET AL.,[1]                                              Chapter 11
                                                                          Lead Case No. 20-22808
                                                                          (Jointly Administered)

                                     Debtors.
------------------------------------------------------------------------ X

and it is further

---

[1] *Jointly administered with Luxury Dining Group LLC, Fig & Olive Holding LLC, Fig & Olive USA Inc., F&O Lexington LLC, Fig & Olive Thirteen Street LLC, Fig & Olive Fifth Avenue LLC, F&O Houston LLC, F&O Newport Beach LLC, F&O Melrose Place Inc. and F&O Los Angeles Inc.*

2

**ORDERED**, that a docket entry shall be made in each of the above-captioned cases substantially as follows:

"An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases commenced by F&O Scarsdale LLC, Et Al. The docket in Case No. 20-22808 should be consulted for all matters affecting the above listed cases."
and it is further

**ORDERED**, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that to the extent that any affiliates of the Debtors subsequently commence Chapter 11 cases, the relief granted pursuant to this Order shall apply to such debtors and their respective estates; and it is further

**ORDERED**, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: White Plains, New York
      July___, 2020

 

                                              _____
                                              HON.
                                              UNITED STATES BANKRUPTCY JUDGE